UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ANDREWS, on behalf of Himself and all others similarly situated,<br>PLAINTIFF, | § § § § | |
| v. | § § | CIVIL ACTION NO. 5:17-CV-1083-FB |
| JDSA 1, LTD., a franchise d/b/a "Jason's Deli," and BERNARD KYLE BECK,<br>DEFENDANTS | § § § § | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendants file this Joint Motion for Approval of Settlement Agreement and Dismissal of Case with Prejudice and respectfully state:

1. This case was filed under the Fair Labor Standards Act.

2. Plaintiff and Defendants have resolved all issues and have entered into a confidential Settlement Agreement, which is attached as Exhibit A to their Joint Motion for Leave to File Exhibit Under Seal, which is being filed contemporaneously with this motion. The Parties seek this Court's approval of their settlement agreement because this case was filed under the Fair Labor Standards Act. The Parties recognize that in this Court, court approval is not required for the private settlement of FLSA claims where, as in this case, there are bona fide disputes as to the amount of hours worked and the compensation due, if any. *Martinez v. Bohls Bearing Co.*, 361 F. Supp. 2d 608, 630 (W.D. Tex. 2005). However, because this is a minority view, the Parties seek Court approval of their agreement. *Sepulveda v. Southwest Business Corp.*, 2009 U.S. Dist. LEXIS 93072 (W.D. Tex. San Antonio Div. 2009).

4. The FLSA requires employers to pay overtime compensation to employees who work

more than forty hours in a workweek. 29 U.S.C. § 207(a)(1). An employer is not required to pay overtime to an employee who is exempt from the overtime requirements. The Parties' claims and defenses alleged in the litigation indicate that bona fide disputes exist regarding whether Plaintiff was properly classified as an exempt employee and the amount of time Plaintiff actually worked and to what extent Plaintiff worked more than forty hours in a workweek. The Parties' claims and defenses alleged in the litigation also indicate disputes relating to whether the three year statute of limitation applies and whether Defendants will be able to establish a good faith defense to liquidated damages.

6. Because the Parties' claims and defenses indicate disputes regarding the exact number of hours worked by Plaintiff, whether Plaintiff was properly classified as exempt, and the amount of compensation that may be due, if any, this Court may find that bona fide disputes exist. The Parties' settlement also takes into account the available documents regarding scheduled time and disputes regarding the amount of time that Plaintiff claimed to have worked. The Parties believe that the settlement is a fair and reasonable resolution of their disputes. The settlement was reached through settlement negotiations conducted by counsel for the Parties over multiple weeks in arms-length negotiations.

7. The Parties have attached their confidential Settlement Agreement as Exhibit A to their Joint Motion for Leave to File Exhibit Under Seal. The Parties request that the Court find that bona fide disputes exist and that the settlement agreement is a fair and reasonable resolution of the Parties' bona fide disputes.

9. The Parties also request, pursuant to the terms of the settlement agreement, that the Court dismiss all Plaintiff's claims with prejudice to the refiling of same; with each party bearing their own attorney's fees and costs.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff and Defendants request that the Court grant this motion and find that the Parties' settlement agreement is a fair and reasonable resolution of the Parties' bona fide disputes and dismiss all Plaintiff's claims with prejudice to the refiling of same.

Respectfully submitted,

*C. Andrew Head w/ permission*
Lawrence Morales II
Texas Bar No. 24051077
**THE MORALES FIRM, P.C.**
6243 W. Interstate 10
San Antonio, TX 78201
T: 210-819-5341
F: 210-225-0821
Email: lawrence@themoralesfirm.com


C. Andrew Head, IL ARDC 6318974 *(pro hac vice)*
Bethany A. Hilbert, IL ARDC 6280213 *(pro hac vice)*
**HEAD LAW FIRM, LLC**
4422 N. Ravenswood Ave.
Chicago, IL 60640
T: (404) 924-4151
F: (404) 796-7338
Email: ahead@headlawfirm.com
Email: bhilbert@headlawfirm.com


Fran L. Rudich *(pro hac vice)*
Alexis H. Castillo *(pro hac vice)*
**KLAFTER OLSEN & LESSER LLP**
Two International Drive, Suite 350
Rye Brook, NY 10573
T: (914) 934-9200
F: (914) 934-9220
Email: Fran@klafterolsen.com
Email: alexis.castillo@klafterolsen.com

COUNSEL FOR PLAINTIFF

HOLLAND & HOLLAND, LLC
North Frost Center
1250 N.E. Loop 410, Suite 808
San Antonio, Texas 78209
Telephone: (210) 824-8282
Facsimile: (210) 824-8585

BY  /s/ *signature*
    Michael L. Holland
    State Bar No. 09850750
    mholland@hollandfirm.com
    Inez M. McBride
    State Bar No. 13331700
    imcbride@hollandfirm.com

COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ANDREWS, on behalf of<br>Himself and all others similarly situated,<br>PLAINTIFF,<br>v.<br><br>JDSA 1, LTD., a franchise d/b/a "Jason's<br>Deli," and BERNARD KYLE BECK,<br>DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:17-CV-1083-FB |

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE**

The Court having considered Plaintiff and Defendants' Motion for Approval of Settlement Agreement and Dismissal of Case With Prejudice and after having considered the Parties' confidential settlement agreement and having found that bona fide disputes exist regarding the number of hours worked by the Plaintiff and whether Plaintiff was properly classified as an exempt employee, is of the opinion that the motion should be GRANTED. It is therefore,

ORDERED that the Settlement Agreement between the Plaintiff and Defendants filed under seal is hereby approved as a fair and reasonable resolution of the Parties' bona fide disputes. It is further

ORDERED, ADJUDGED AND DECREED that all claims of Plaintiff Christopher Andrews are hereby dismissed with prejudice to the refiling of same, with each party bearing their own attorney's fees and costs. All relief not expressly granted herein is denied.

SIGNED and ENTERED on the _____ day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE