IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ANDREWS, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>VS.<br><br>JDSA 1, LTD., a franchise d/b/a "Jason's Deli," and BERNARD KYLE BECK,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. SA-17-CA-01083-FB |

**ORDER APPROVING SETTLEMENT AGREEMENT AND
DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT**

Before the Court is the Joint Motion for Approval of Settlement Agreement and Dismissal of Case with Prejudice filed June 13, 2019 (docket #54). The parties advise they have resolved all issues and have entered into a confidential Settlement Agreement of the claims asserted in this case pursuant to the Fair Labor Standards Act (FLSA) and believe the settlement reached is fair and reasonable. *Bona fide* disputes were involved herein regarding the number of hours worked by the plaintiff and whether plaintiff was properly classified an as an exempt employee, and the settlement was negotiated at arm's length between knowledgeable and experienced attorneys representing plaintiff and defendants.

Based on the Joint Motion and the representations therein and a review of the confidential Settlement Agreement, the Court concludes the Settlement Agreement and Release of All Claims between the plaintiff and defendants filed under seal reflects a just and equitable resolution of *bona fide* disputes under the FLSA which is hereby APPROVED and the joint motion to dismiss with prejudice (docket #54) GRANTED.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that all of the claims of plaintiff Christopher Andrews and this case are DISMISSED WITH PREJUDICE to the refiling of same with costs and attorneys' fees taxed against the party incurring same.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this is a Final Judgment. All relief not expressly granted is DENIED. Motions pending, if any, are DENIED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 17th day of June, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE